# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ABINGTON HEIGHTS SCHOOL DISTRICT, : No. 118 MAL 2022
:
               Respondent :
: Petition for Allowance of Appeal
: from the Order of the
               v. : Commonwealth Court
:
:
PENNSYLVANIA LABOR RELATIONS :
BOARD, :
:
               Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner, are:

(1)    Did the District violate its bargaining obligation under the Public Employe Relations Act by contracting with Johnson College to teach courses for high school credit without bargaining with the exclusive employe representative of the District's teachers?

(2)    Did the District violate its bargaining obligations under Pennsylvania law, where binding Pennsylvania precedent under the Public Employe Relations Act recognizes that contracting out any bargaining unit work affects a term and condition of employment regardless of whether there is an impact on employe wages and hours?

(3)    Did the District violate its bargaining obligation under the Public Employe Relations Act, where Section 15-1525 of the Public School Code does not expressly preclude the District's teachers from teaching dual enrollment courses, nor does Section 15-1525 of the Public School Code otherwise prohibit the District from bargaining with the exclusive representative of the District's teachers over who is to teach high school credit courses in a dual enrollment program?

Additionally, the parties are directed to provide briefing on the effect that the recent amendments to 24 P.S. § 15-1525, *see* Act of July 8, 2022, P.L. 620, No. 55, have on the above issues.